B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Ag Pro, Ltd. | |

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):
04-3216444

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 14 Commerce Drive<br>Massena, New York | |

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS
St. Lawrence

ZIP CODE: 13662

ZIP CODE:

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

**CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED**

[X] Chapter 7     [ ] Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check **one** box.)

Petitioners believe:

- [ ] Debts are primarily consumer debts
- [X] Debts are primarily business debts

**Type of Debtor** (Form of Organization)

- [ ] Individual (Includes Joint Debtor)
- [X] Corporation (Includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other  Soy bean processor and refiner

**VENUE**

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)

[X] Full Filing Fee attached

[ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

COURT USE ONLY

2013 MAY 15  AM 10:58
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
UTICA

REC'D & FILED

**ALLEGATIONS**
(Check applicable boxes)

1. [X] Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
     or
   b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2          Name of Debtor __Ag Pro, Ltd.__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _David Singsank (no title)_          x _____
Signature of Petitioner or Representative (State title)          Signature of Attorney                    Date

David & Dennis Singsank          05/13/2013
Name of Petitioner          Date Signed          Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity: 2863 Quail Hollow Ct. Ann Arbor, MI 48108

Address _____
Telephone No. _____

x _____          x _____
Signature of Petitioner or Representative (State title)          Signature of Attorney                    Date

Name of Petitioner          Date Signed          Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity _____

Address _____
Telephone No. _____

x _____          x _____
Signature of Petitioner or Representative (State title)          Signature of Attorney                    Date

Name of Petitioner          Date Signed          Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity _____

Address _____
Telephone No. _____

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| David & Dennis Singsank, 2863 Quail Hollow, Ann Arbor, MI | A/R | 600,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
Northern District of New York

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Ag Pro, Ltd. | |

| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): 04-3216444 | |
|---|---|
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) 14 Commerce Drive Massena, New York | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS St. Lawrence     ZIP CODE 13662 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[X] Chapter 7    [X] Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check **one** box.)

Petitioners believe:

- [ ] Debts are primarily consumer debts
- [X] Debts are primarily business debts

**Type of Debtor** (Form of Organization)

- [ ] Individual (Includes Joint Debtor)
- [X] Corporation (Includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

Soy bean processor and refiner

**VENUE**

- [ ] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)

- [ ] Full Filing Fee attached
- [ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS** (Check applicable boxes)

**COURT USE ONLY**

1. [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2　　　　　　　　　　　　　　　Name of Debtor Ag Pro, Ltd.

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ [signature]　　　　　　　　　　　　　　　　x _____
Signature of Petitioner or Representative (State title)　　Signature of Attorney　　　　　Date

Name of Petitioner: FRED POLLARD　　Date Signed: 5/13/2013
Name of Attorney Firm (If any): _____

Name & Mailing Address of Individual Signing in Representative Capacity: 1129 CR 25, CANTON, NY 13617

Address: _____
Telephone No.: _____

x /s/ [signature]　　　　　　　　　　　　　　　　x _____
Signature of Petitioner or Representative (State title)　　Signature of Attorney　　　　　Date

Name of Petitioner: HADWEN C. FULLER II　　Date Signed: 5-13-13
Name of Attorney Firm (If any): _____

Name & Mailing Address of Individual Signing in Representative Capacity: 3059 W. MAIN ST., PARISH, NY 13131

Address: _____
Telephone No.: _____

x _____　　　　　　x _____
Signature of Petitioner or Representative (State title)　　Signature of Attorney　　　　　Date

Name of Petitioner: _____　Date Signed: _____
Name of Attorney Firm (If any): _____

Name & Mailing Address of Individual Signing in Representative Capacity: _____

Address: _____
Telephone No.: _____

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Fred D. Pollard, 1129 CR #25, Canton, NY 13617 | Consulting Fees | 450,000.00 |
| Hadwin C. Fuller, 3059 W. Main St., Parish, NY 13131 | Business Loans | 400,000.00 |
|  |  |  |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re **Ag Pro, Ltd.** ,                              )
[Set forth here all names including married, maiden, and trade    )
names used by debtor within last 8 years.]                        )
                                                                  )
                              Debtor                              )    Case No.
                                                                  )
                                                                  )
Last four digits of Social Security No(s): _____)    Chapter  **7**
Employer Tax Identification (EIN) No(s). (if any) **04-3216444**

## CERTIFICATION OF MAILING MATRIX

I (we), **FRED POLLARD** , the ~~attorney for the debtor~~/petitioner (or, if appropriate, ~~the debtor(s)~~ or petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been compared to and contains the names, addresses zip codes and, if required, account numbers in redacted form, of all persons and entities, as they appear on the schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated: **5-15-2013**                                 _____
                                                     ~~Attorney for Debtor~~/Petitioner
                                                     ~~Debtor(s)~~/Petitioner(s)
                                                             **Pro Se**

F:LR1007(01/29/2013)

Matrix Mailing List

in re: Ag Pro, Ltd.

Fred D. Pollard
1129 CR # 25
Canton, N.Y. 13617

Hadwin C. Fuller
3059 W. Main St
Parish, N.Y. 13131

David Singsank
2863 Quail Hollow Ct.
Ann Arbor, MI 48108